Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Orlando Division

| | |
|---|---|
| man beneficiary, of BENNIE LEE MURPHY, Revocable Trust and member manager of MURPHY SERVICE LLC, FLORIDA, Private Investigative Agency<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Keathel W. Chauncey, KEATHEL W. CHAUNCEY FREASH LEGAL PRESPECTIVE PL Natalia Qeulleett- Grice, NATALIA QEULLEETT-GRICE, LOC Law LLC<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☑ Yes ☐ No |

FILED CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL 2023 JUL 24 PM 12:23

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | man bennie murphy, beneficiary and member manager MURPHYSE |
| Street Address | P.O. Box 608174 |
| City and County | Orlando |
| State and Zip Code | Florida 32860 |
| Telephone Number | 321-945-6051 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Keathel W.Chauncey, KEATHEL W .CHAUNCEY |
| Job or Title *(if known)* | |
| Street Address | 6930 W Linebaugh Ave |
| City and County | |
| State and Zip Code | FLORIDA 33625 |
| Telephone Number | 813-448-1042 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Natalia Qeulleett- Grice , NATALIAQEULLEETT-GRICE |
| Job or Title *(if known)* | |
| Street Address | 6930 W Linebaugh Ave |
| City and County | Tampa |
| State and Zip Code | FLORIDA 33625 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
UNITED STATES CONSTITUTION Article VI, Clause 2
United States constitution 13th amendment section 1     Slavery involuntary servitude
United States constitution 14TH Amendment section 1-   Rights, due process
TITLE18 CRIMES AND CRIMINAL PROCEDURE  SECTION 514. Fictitious obligations
TITLE 42  THE PUBLIC HEALTH AND WELFARE   CHAPTER 21-CIVIL RIGHTS   SUBCHAPTER 1- GENERALY   Section 1983 -   Civil Action for depration of Rights

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* bennie lee murphy, is a citizen of the State of *(name)* ORLANDO FLORIDA.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* BENNIE LEE MURPHY, MURPHY SERVICELL, is incorporated under the laws of the State of *(name)* ORLANDO FLORIDA, and has its principal place of business in the State of *(name)*
      P.O. BOX 606174 ORLANDO FLORIDA 3286.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
PHONY PAPER USED,UTTERED

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PHONY HARMFULL PAPER USE,WITH FALSE FICTITIOUS OBLIGATIONS CAUSED THREATS OF BODLY HARM TO ME, AND LOCK SMITH TO TRESSPASS BREAK MY HOME SUSTAINED ,BY PUBLIC SERVANTS WITHOUT LANDLORD TENANT AGREEMENT,OR WRIT SIGNED BY JUDGE,CLERK OF THE COURT. AFTER RETURNING TO MY HOME FROM BIKE RIDEING ONLY TO SEE LOCK SMITH CHANGING LOCKS MY DOOR ,PUBLIC SERVANTS GONE THROUGH MY HOME WITHOUT MY PERMISSION.HOMELESS NOW.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

10,000,000.00 UNITED STATES DOLLARS,and clear my name,cause lock smith to open my door so i could read my bible,take a bath in my home.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/24/2023

Signature of Plaintiff: *Bennie Murphy # 321-945-6051*

Printed Name of Plaintiff: bennie lee murphy

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address