UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BENNIE LEE MURPHY,

        Plaintiff,

v.                                            Case No.: 6:23-cv-1393-WWB-LHP

KEATHEL W. CHAUNCEY and
NATALIA QEULLEETT-GRICE,

        Defendants.
                                         /

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. On January 12, 2024, Plaintiff was directed to show cause on or before January 26, 2024, why this case should not be dismissed for failure to serve Defendants in accordance with Federal Rule of Civil Procedure 4(m). (Doc. 11 at 1). Plaintiff was warned that failure to respond could result in dismissal of this case without further notice. (*Id.*). Although Plaintiff returned the Order with various notations, he failed to show good cause for his failure to serve Defendants or to file proper proofs of service. (*See generally* Doc. 12).

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to serve and failure to prosecute. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant[.]"); *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005) (noting that a court may *sua sponte* dismiss a case under its inherent authority to manage its docket); M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can

result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay."). The Clerk is directed to terminate all pending motions and close this case.

    **DONE AND ORDERED** in Orlando, Florida on January 29, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party